UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20633-CIV-LENARD/O'SULLIVAN

JAMES VON INNEREBNER

    Petitioner,

v.

LIESLY HERRERA SANTANA,

    Respondent.
_____/

## ORDER

THIS MATTER is before the Court on the Petitioner's Motion to Compel Responses to Initial Discovery (DE # 25, 6/15/11).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the respondent, and a response having been due, it is

ORDERED AND ADJUDGED that the Petitioner's Motion to Compel Responses to Initial Discovery (DE # 25, 6/15/11) is GRANTED.  The respondent shall respond to the outstanding discovery within five (5) days of the date of this Order.

DONE AND ORDERED, in Chambers, in Miami, Florida, this 5th day of July, 2011.

                                                  _____
                                                JOHN J. O'SULLIVAN
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record